**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6110**

———————

THOMAS EARL SMITH,

                              Petitioner - Appellant,

        versus

WARDEN, NOTTOWAY CORRECTIONAL CENTER,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Chief District Judge.  (CA-00-1240-AM)

———————

Submitted:  June 11, 2002          Decided:  August 5, 2002

———————

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Thomas Earl Smith, Appellant Pro Se.  Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas Earl Smith seeks to appeal portions of the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). Specifically, Smith challenges the denial of his claim that counsel was ineffective for failing to preserve for appeal a claim that the prosecution introduced irrelevant evidence and a claim that his conviction was obtained by prosecutorial misconduct. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Smith v. Warden, Nottoway Corr. Ctr., No. CA-00-1240-AM (E.D. Va. filed Dec. 10, 2001 & entered Dec. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2